IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ANTONIO MONROE,

    Plaintiff,

v.	Civil Action No. **3:18CV852**

DENNIS RIVET,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on January 8, 2019, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was relocated or released. On December 5, 2019, the Court received notice from Defendant that the Answer to the Complaint that Defendant filed on November 12, 2019 was returned to Defendant as undeliverable on December 2, 2019. (ECF No. 29, at 2.) Defendant mailed the Answer to the address on file with the Court. (*Id.*) Defendant attached a copy of the returned mail, and it is marked, "RETURN TO SENDER," "ATTEMPTED - NOT KNOWN," and "UNABLE TO FORWARD." (ECF No. 29–1, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 9 December 2019
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge